IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

HEATHER GUNN,                                          *

                   Plaintiff,                *

vs.                                                    *          Civil Action No.:
                                                                  (Removed from Circuit Court for
DISCOVER FINANCIAL SERVICES, INC.,                     *          Montgomery County,
<u>Resident Agent</u>:                                           Case No. C-15-CV-003531)
The Corporation Trust Incorporated                     *
2405 York Road
Suite 201                                              *
Lutherville, Maryland 21093-2264

                                                       *
AMERICAN EXPRESS COMPANY,                              *
<u>Resident Agent</u>:
The Corporation Trust Incorporated                     *
2405 York Road
Suite 201                                              *
Lutherville, Maryland 21093-2264

                                                       *
CAPITAL ONE FINANCIAL CORP.,                           *
<u>Resident Agent</u>:
CSC-Lawyers Incorporating Service Company              *
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202                              *

JPMORGAN CHASE BANK, N.A.,                             *

GLASSER AND GLASSER, P.L.C.,                           *
<u>Resident Agent</u>:
Registered Agents Inc.                                 *
5000 Thayer Center, Suite C
Oakland, Maryland 21202                                *

EQUIFAX INFORMATION SERVICES, LLC,                     *
<u>Resident Agent</u>:
CSC-Lawyers Incorporating Service Company              *
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202                              *

                                                       *

EXPERIAN INFORMATION SOLUTIONS, INC.,      *
<u>Resident Agent:</u>
The Corporation Trust Incorporated                        *
2405 York Road
Suite 201                                                              *
Lutherville, Maryland 21093-2264
                                                                          *

TRANS UNION, LLC.                                          *
<u>Resident Agent:</u>
CSC-Lawyers Incorporating Service Company    *
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202                               *

                              Defendants.                    *

*   *   *   *   *   *   *   *   *   *   *      *   *   *   *   *   *   *   *   *   *   *

<u>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF REMOVAL**</u>
**(Federal Question Jurisdiction)**

        Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through its undersigned

counsel, hereby provides Notice pursuant to 28 U.S.C. §§ 1441 and 1446 of its removal of the

above-captioned case from the Circuit Court for Montgomery County to the United States District

Court for the District of Maryland. Removal is based on 28 U.S.C. § 1331 (federal jurisdiction)

with 28 U.S.C. §1367 (supplemental jurisdiction). As grounds for removal, Chase states the

following:

        1.      On September 18, 2023, Plaintiff Heather Gunn, proceeding *pro se*, commenced

this action against Chase and seven other defendants by filing a Complaint in the Circuit Court for

Montgomery County, Maryland (the "State Court Action"). The State Court Action was assigned

Case No. Case No. C-15-CV-003531. Relevant to this notice, Plaintiff alleges that all seven

defendants allegedly violated the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681, *et seq.*

        2.      Removal to this Court is proper. Pursuant to 28 U.S.C. §§ 1446(a) and 1441(a), this

Notice of Removal is being filed in the United States District Court for the District of Maryland,

2

Southern Division, which is the federal district court embracing the state court where the State Court Action was filed.

3.      Removal is timely.  Chase was served with the Complaint but not a Summons in the State Court Action on September 21, 2023. As for the other Defendants, Counsel for Chase has confirmed with the Circuit Court for Montgomery County that they have no document or file suggesting any other Defendant has been served. To the best of Chase's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice of Removal.

4.      This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11. *See* 28 U.S.C. § 1446(a).

5.      All procedural requirements have been met.

a.      Contemporaneously filed herewith are copies of all "process, pleadings and orders" received by Chase in the State Court Action, and which are attached hereto as **Exhibit 1**. *See* 28 U.S.C. § 1446(a); Local Rule 103(5)(a).

b.      Attached hereto as **Exhibit 2** is a copy of the Notice of Filing Notice of Removal that Chase will file in the Circuit Court for Montgomery County and will promptly serve upon Plaintiff.

6.      This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction

3

founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removed without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

7.     Chase is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441. Plaintiff's assertion of claims under the FCRA renders this suit one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331.   This Court also has supplemental jurisdiction pursuant to 28 U.S.C. §§1367(a) and 1441(c) over Plaintiff's state law claims.

WHEREFORE, having satisfied all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including the presence of all jurisdictional requirements established by 28 U.S.C. §§ 1331 and 1367, Defendant JPMorgan Chase Bank, N.A. respectfully serves notice that the above-referenced civil action, now pending in the Circuit Court Montgomery County is removed therefrom to the United States District Court for the District of Maryland.

Respectfully submitted

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Brian L. Moffet (Fed. Bar No. 13821) | Michael B. Brown (Fed. Bar No. 19641) |
| MILES & STOCKBRIDGE P.C. | MILES & STOCKBRIDGE P.C. |
| 100 Light Street | 100 Light Street |
| Baltimore, Maryland 21202 | Baltimore, Maryland 21202 |
| Tel: (410) 727-6464 | Tel: (410) 727-6464 |
| bmoffet@milesstockbridge.com | mbbrown@milesstockbridge.com |
| | |
| _Attorneys for Defendant_ | _Attorneys for Defendant_ |
| _JPMorgan Chase Bank, N.A._ | _JPMorgan Chase Bank, N.A._ |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of October 2023, a copy of the foregoing Notice of Removal was served via first-class mail, postage prepaid, to:

Heather Gunn
110 Harmony Hall Rd
Gaithersburg, MD 20877
*Plaintiff*

AMERICAN EXPRESS COMPANY
<u>Resident Agent:</u>
The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville, Maryland 21093-2264

GLASSER AND GLASSER, P.L.C.
<u>Resident Agent:</u>
Registered Agents, Inc.
5000 Thayer Center, Suite C
Oakland, Maryland 21550

EXPERIAN INFORMATION
SOLUTIONS, INC.
<u>Resident Agent:</u>
The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville, Maryland 21093-2264

EQUIFAX INFORMATION SERVICES, LLC
<u>Resident Agent:</u>
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

DISCOVER FINANCIAL SERVICES, INC.
<u>Resident Agent:</u>
The Corporation Trust Incorporated
2405 York Road
Suite 201
Lutherville, Maryland 21093-2264

CAPITAL ONE FINANCIAL CORP.
<u>Resident Agent:</u>
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

TRANS UNION, LLC
<u>Resident Agent:</u>
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, Maryland 21202

_____/s/_____

Brian L. Moffet